# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 3, 2022

Lyle W. Cayce
Clerk

No. 20-40690

United States of America,

*Plaintiff—Appellee*,

*versus*

Brian Danna,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:20-CR-47-2

Before King, Costa, and Ho, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Brian Danna has moved to withdraw and has filed a brief per with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Danna has not filed a response. We have reviewed counsel's brief and relevant portions of the record. We concur with counsel's assessment that the appeal presents

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-40690

no nonfrivolous issue for appellate review. As to the conditions of supervised release, we note that the district court met the pronouncement requirement. *See United States v. Martinez*, 15 F.4th 1179, 1181 (5th Cir. 2021) (holding that the "longstanding existence" of a standing order listing standard conditions provided notice of the "standard conditions" the district court orally imposed). Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. See 5th Cir. R. 42.2.